**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**MACKENSIE LERARIO,**

               **Plaintiff,**

     **- against -**

**CORNELL UNIVERSITY, ET AL.,**

               **Defendants.**
————————————————————————

            **20-cv-6295 (JGK)**

            <u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

    In response to the letter by the Cornell defendants dated February 10, 2021, ECF No. 40, the request to strike the Second Amended Complaint is **denied.**  Even if the Court granted a motion to dismiss, it likely would be without prejudice to filing an amended complaint.  Because the plaintiff has now filed a Second Amended Complaint, even though unauthorized, the Court will accept the Second Amended Complaint.  The motion to dismiss by the Cornell defendants directed against the first amended complaint is **denied** without prejudice as moot.  The defendants may respond to the Second Amended Complaint with an answer or motion to dismiss by **March 5, 2021.**  Any response to the motion is due **March 26, 2021.**  Any reply is due **April 9, 2021.**  The Clerk is directed to close docket numbers 32 and 35.

**SO ORDERED.**

**Dated:**   **New York, New York**
           **February 11, 2021**

                   **/s/ John G. Koeltl**
                    **John G. Koeltl**
             **United States District Judge**