UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HYEGATE, LLC, ET AL.,

           Plaintiff,

- against -

ASHOT BOGHOSSIAN,

           Defendant.

20-cv-6295 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk issued a Certificate of Default as to Ashot Boghossian on April 28, 2021. ECF No. 17. The petitioners should file an Order to Show Cause for a Default Judgment in compliance with Section VII of the Individual Practices, available at https://nysd.uscourts.gov/hon-john-g-koeltl.

    SO ORDERED.

Dated:    New York, New York
           May 10, 2021

                                        John G. Koeltl
                                 United States District Judge