UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MACKENZIE LERARIO

                Plaintiff,        20-cv-6295 (JGK)

      - against -              ORDER

NEW YORK PRESBYTERIAN/QUEENS, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

For the reasons stated during the telephonic conference held May 21, 2021, discovery is stayed pending a decision on the motions to dismiss. The Clerk is directed to close docket number 64.

SO ORDERED.

Dated:    New York, New York
           May 21, 2021

                                        John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-21