UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MACKENZIE LERARIO,

        Plaintiff,

- against -

NEWYORK-PRESBYTERIAN/QUEENS, ET AL.,

        Defendants.

---

20 Civ. 6295 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of the papers filed in connection with their motions to dismiss. See Individual Practice II.C.

SO ORDERED.

Dated:   New York, New York
        January 6, 2022

                                          John G. Koeltl
                                     United States District Judge