```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

DR. MACKENZIE LERARIO,

                Plaintiff,        20-cv-6295 (JGK)

    - against -

NEWYORK-PRESBYTERIAN/QUEENS, CORNELL     ORDER
UNIVERSITY, and DR. MATTHEW FINK,

                Defendants.

--------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for oral argument regarding the defendants' pending motions to dismiss on **Monday, February 28, 2022** at **4:30 p.m.** Dial-in: 888 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          February 23, 2022

                                            John G. Koeltl
                                     United States District Judge