UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MACKENZIE LERARIO,

                Plaintiff,        20-cv-6295 (JGK)

  - against -

NEWYORK-PRESBYTERIAN/QUEENS, CORNELL    ORDER
UNIVERSITY, and DR. MATTHEW FINK,

                Defendants.

---

JOHN G. KOELTL, District Judge:

For the reasons discussed during today's conference, the defendants' motions to dismiss are **granted in part** and **denied in part**. Of the claims brought in the second amended complaint, **Counts II, III, VI, IX,** and **XI** are **dismissed** in their entirety. The Clerk is requested to close ECF Nos. 42 and 43.

The time for the defendants to answer the second amended complaint is extended to **March 18, 2022**. The parties should submit a Rule 26(f) report by **April 11, 2022**.

SO ORDERED.

Dated:    New York, New York
           February 28, 2022

                                          John G. Koeltl
                                 United States District Judge