UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MACKENZIE LERARIO,

                Plaintiff,

-v-

NEW YORK-PRESBYTERIAN/QUEENS, CORNELL UNIVERSITY, and DR. MATTHEW FINK,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6295 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 72). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Tuesday, March 15, 2022 at 4:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
              March 2, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**