UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MACKENZIE LERARIO,

                  Plaintiff,      20-cv-6295 (JGK)

- against -

NEWYORK-PRESBYTERIAN/QUEENS, CORNELL     ORDER
UNIVERSITY, and DR. MATTHEW FINK,

                  Defendants.

---

JOHN G. KOELTL, District Judge:

The plaintiff should file an amended complaint **by April 1, 2022**. The defendants should respond by **April 26, 2022**. Should the defendants answer the complaint, the parties should submit a Rule 26(f) report by **May 6, 2022**.

SO ORDERED.

Dated:    New York, New York
          March 22, 2022

                                            John G. Koeltl
                                    United States District Judge