UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MACKENZIE LERARIO,

                      Plaintiff,

- against -                  No. 20-cv-6295-JGK

CORNELL UNIVERSITY, NEW YORK
PRESBYTERIAN/QUEENS and DR. MATTHEW FINK,

                      Defendants.

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this day came for consideration the Motion of Mark Siegmund for Leave to Withdraw as Counsel for defendants Cornell University and Dr. Matthew Fink (collectively, the "Cornell Defendants"). Having considered the motion, the Court finds that it is hereby GRANTED.

Accordingly, it is ORDERED that Mark Siegmund is hereby withdrawn as counsel of record for the Cornell Defendants and shall be removed from all future notices in this lawsuit.

SO ORDERED.

*[signature]*

Dated: New York, New York
       8/11, 2022