UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MACKENZIE LERARIO,

        Plaintiff,

- against -

NEWYORK-PRESBYTERIAN/QUEENS, ET AL.,

        Defendants.

20-cv-6295 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants should submit courtesy copies of all papers filed in connection with the fully briefed partial motion to dismiss the fourth amended complaint.

SO ORDERED.

Dated:    New York, New York
           September 8, 2022

                                      John G. Koeltl
                              United States District Judge