UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DR. MACKENZIE LERARIO,

                    Plaintiff,
                                                    20-cv-6295 (JGK)
          - against –
                                                    ORDER
NEWYORK-PRESBYTERIAN/QUEENS, ET AL.,

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

     The parties should submit a Rule 26(f) report by **November**

**17, 2022.**

SO ORDERED.

Dated:     New York, New York
           November 2, 2022

                                        John G. Koeltl
                                 United States District Judge