UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MACKENZIE LERARIO,

              Plaintiff,

   - against -

NEW YORK PRESBYTERIAN/QUEENS,
ET AL.,

             Defendants.

20-cv-6295 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the plaintiff's notice of motion for a preliminary injunction (ECF No. 105) and proposed order to show cause (ECF No. 106). These documents refer to a supporting memorandum of law and declaration(s), but no such documents have been filed on the docket. The plaintiff is directed to file those papers by **3:00 p.m.** today, May 30, 2023.

SO ORDERED.

Dated:    New York, New York
            May 30, 2023

                                                  _____
                                                     John G. Koeltl
                                             United States District Judge