UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MACKENZIE LERARIO,

          Plaintiff,

  - against -

NEWYORK-PRESBYTERIAN/QUEENS, ET AL.,

          Defendants.

20-cv-6295 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    For the reasons discussed at the teleconference held today, the plaintiff may move for a preliminary injunction by **June 5, 2023**. The defendants may respond by **June 20, 2023**. The plaintiff may reply by **June 30, 2023**. The Court will hear argument on the motion on **July 18, 2023** at **10:00 a.m.** in Courtroom 14A, 500 Pearl St., New York, NY 10007.

    With respect to the temporary restraining order, the request for a temporary restraining order was resolved as indicated at the conference. The parties should discuss amongst themselves the issue of the plaintiff's medical benefits.

**SO ORDERED.**

Dated:    New York, New York
            May 30, 2023

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                                  United States District Judge