UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————

DR. MACKENZIE LERARIO,

                    Plaintiff,

          - against -

NEWYORK-PRESBYTERIAN/QUEENS, ET
AL.,

                    Defendants.

———————————————————————————————

20-cv-6295 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     The parties are directed to submit courtesy copies of the

pending fully briefed motion for a preliminary injunction.

SO ORDERED.

Dated:    New York, New York
          July 5, 2023

                                   _____
                                        John G. Koeltl
                                   United States District Judge