UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MACKENZIE LERARIO,

           Plaintiff,           20-cv-6295 (JGK)

    - against -            ORDER

NEWYORK-PRESBYTERIAN/QUEENS, ET AL.,

           Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference this afternoon, **July 13, 2023, at 1:30 p.m.**, to discuss the plaintiff's motion for a preliminary injunction in advance of the July 18, 2023, proceeding.

    Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          July 13, 2023

                                      John G. Koeltl
                                 United States District Judge