UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MACKENZIE LERARIO,

        Plaintiff,　　　　　　　　20-cv-6295 (JGK)

- against -　　　　　　　　　　ORDER

NEWYORK-PRESBYTERIAN/QUEENS, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

    The so-ordered Rule 26(f) Report & Scheduling Order in this case (ECF No. 101) is hereby amended to clarify that dispositive motions must be filed by **February 18, 2024**, and that the Joint Pre-Trial Order is to be filed by **March 11, 2024, or 3 weeks after decision of any dispositive motion**. The parties should be ready for trial on 48 hours' notice 3 weeks after the filing of the Joint Pre-Trial Order.

SO ORDERED.

Dated:　　New York, New York
　　　　　July 13, 2023

_____
John G. Koeltl
United States District Judge