UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MACKENZIE LERARIO,

               Plaintiff,

-v-

NEW YORK-PRESBYTERIAN/QUEENS, CORNELL UNIVERSITY, and DR. MATTHEW FINK,

               Defendants.

CIVIL ACTION NO.: 20 Civ. 6295 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Monday, July 17, 2023 at 12:00 p.m.** on the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.  The parties shall be prepared to discuss their interest and availability, and that of their clients, for a settlement conference.

Dated:       New York, New York
              July 14, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**