UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DR. MACKENZIE LERARIO,

               Plaintiffs,

    – vs –

CORNELL UNIVERSITY, et al.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

[PROPOSED] ORDER TO TERMINATE THE APPEARANCE OF DANIEL JARED GREEN FOR DEFENDANT NEWYORK-PRESBYTERIAN QUEENS

Case No. 20-cv-6295 (JGK)

      Defendant NewYork-Presbyterian/Queens ("Queens"), through its counsel, Epstein Becker & Green, P.C. ("EBG"), respectfully requests, pursuant to Local Civil Rule 1.4, that the Appearance of Daniel Jared Green, as counsel on its behalf be terminated. Mr. Green is no longer associated with EBG and no longer represents Queens in this matter.

      EBG has represented Queens throughout the pendency of this action and continues to do so. Mr. Green appeared in this action while an attorney at EBG by filing a Notice of Appearance on behalf of Queens on October 16, 2020. This case is not on the Court's trial calendar and the termination of Mr. Green's appearance will not affect the posture of this case in any way.

      Defendant Queens, therefore, respectfully requests that the appearance of Daniel J. Green on its behalf be terminated.

New York, New York
July 14, 2023

                              EPSTEIN BECKER & GREEN, P.C.

                              By:    s/*John Houston Pope*
                                        John Houston Pope
                              875 Third Avenue
                              New York, New York 10022
                              (212) 351-4500
                              JHPope@ebglaw.com
                              *Attorneys for Defendant*
                              *NewYork-Presbyterian/Queens*

---

The application at ECF No. 133 is GRANTED.

The Clerk of Court is respectfully directed to terminate Mr. Green as counsel.

SO ORDERED.    7/14/2023    */s/ Sarah L. Cave*
                                                  SARAH L. CAVE
                                                  United States Magistrate Judge