UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MACKENZIE LERARIO,

                Plaintiff,

-v-

NEW YORK-PRESBYTERIAN/QUEENS, CORNELL UNIVERSITY, and DR. MATTHEW FINK,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6295 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, July 17, 2023, the Court orders that, by **July 24, 2023**, the parties shall meet and confer and file a joint letter indicating whether they would like to participate in a settlement conference.  If the parties would like to proceed with fact discovery instead of or prior to scheduling a settlement conference, they shall indicate whether they believe it would be helpful for the Court to schedule a telephonic status conference to discuss potential extensions of or changes to the existing discovery schedule.

Dated:      New York, New York
             July 17, 2023

                                              SO ORDERED.

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**