UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MACKENZIE LERARIO,<br><br>                          Plaintiff,<br><br>    -v-<br><br>NEW YORK-PRESBYTERIAN/QUEENS, CORNELL UNIVERSITY, and DR. MATTHEW FINK,<br><br>                          Defendants. | CIVIL ACTION NO. 20 Civ. 6295 (JGK) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **December 1, 2023**, the parties shall file a joint letter on the docket reporting on the status of discovery.

Dated:    New York, New York
         September 27, 2023

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**