# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DR. MACKENZIE LERARIO,** | ) Case No. 1:20-cv-06295-JGK |
| | ) |
| Plaintiff, | ) ~~PROPOSED~~ ORDER |
| | ) |
| v. | ) |
| | ) |
| **CORNELL UNIVERSITY, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant New York-Presbyterian/Queens is dismissed from this action with prejudice and without fees and costs.

Dated:

10/18/23  HON. JOHN G. KOELTL, U.S.D.J