UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MACKENZIE LERARIO,

                Plaintiff,

  -v-                                  CIVIL ACTION NO. 20 Civ. 6295 (JGK) (SLC)

NEW YORK-PRESBYTERIAN/QUEENS, CORNELL
UNIVERSITY, and DR. MATTHEW FINK,                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On November 13, 2023, Plaintiff filed a letter-motion (ECF No. 145 (the "Motion")) addressed to the Honorable John G. Koeltl seeking a conference to discuss a discovery dispute, citing to Judge Koeltl's Individual Practices. (Id. at 1). This case, however, is referred to the undersigned for general pretrial management, including management of the discovery process. (ECF No. 130). The undersigned will consider the Motion, as it largely complies with the undersigned's Individual Practices in Civil Cases relating discovery disputes.

By **November 16, 2023**, Defendants may file a response to the Motion. By **November 17, 2023**, Plaintiff may file a reply.

Dated:      New York, New York
              November 14, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**