UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MACKENZIE LERARIO,

                Plaintiff,

-v-

NEW YORK-PRESBYTERIAN/QUEENS, CORNELL UNIVERSITY, and DR. MATTHEW FINK,

                Defendants.

CIVIL ACTION NO. 20 Civ. 6295 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference to discuss the issues raised in Plaintiff's letter-motion (ECF No. 145) and Defendant's opposition (ECF No. 147) is scheduled for **Monday, November 20, 2023 at 2:00 p.m.** on the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.

By **November 17, 2023**, Plaintiff shall file the full transcript of the October 25, 2023 deposition of non-party Angela Lent.  This may be filed as an exhibit to Plaintiff's reply.  (See ECF No. 146).

Dated:     New York, New York
            November 17, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**