UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MACKENZIE LERARIO,

                    Plaintiff,

-v-

NEW YORK-PRESBYTERIAN/QUEENS, CORNELL UNIVERSITY, and DR. MATTHEW FINK,

                    Defendants.

CIVIL ACTION NO. 20 Civ. 6295 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held today, November 20, 2023 (the "Conference"), the Court orders as follows:

1. Plaintiff's request that the Court compel Defendants to produce Sheryl Orwel for a deposition (ECF No. 145) is DENIED WITHOUT PREJUDICE for the reasons discussed at the Conference.

2. By **January 31, 2024**, the parties shall complete fact depositions. Fact discovery is closed apart from the remaining fact depositions.

3. The parties' deadline to provide a joint status letter as to the status of fact discovery is EXTENDED from December 1, 2023 (ECF No. 141) to **December 20, 2023**. In the letter, the parties shall report on whether and how many fact depositions remain outstanding.

4. The deadline for the completion of expert discovery remains **January 31, 2024**. By **February 7, 2024**, the parties shall file a joint letter on the docket certifying that all discovery is complete.

2

5. Any party may order a transcript of the Conference by completing the annexed transcript request form and submitting it to etranscripts@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to close ECF No. 145.

Dated: New York, New York
November 20, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 | 3 Day $6.00 | 7 Day $5.34 | 14 Day $4.68 | 30 Day $4.02 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |